In the Matter of the Claim of ANNA ORNER, Respondent, against SHAPIRO & ARONSON and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award for death benefits to a widow

and minor child. There is no·proof to indicate that decedent came to his death through suicide. The presumption both statutory and at common law is to the contrary. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.